**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

Jeremy Robert Harris )
———————————— )
Plaintiff )
)
vs. )
)
Deputy Corbett Brown, et al. )
———————————— )
Defendant )
)

JUL 2 2 2026

6:26-cv-03430-MBB

Case No. New Filing

**APPLICATION FOR LEAVE TO FILE ACTION**
**WITHOUT PAYMENT OF FEES**
**WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT**

I state that I am unable to pay the fees to file an action against the defendant(s) in this case

and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for

leave to file a civil action without payment of costs.

Plaintiff