# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

Jeremy Robert Harris )
Plaintiff )
 )
 ) Case No. _____ 6:26-cv-03430-MBB
vs. )
 )
Deputy Corbett Brown, et al. )
 )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, **Jeremy Harris**, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

**I.    MARITAL STATUS AND PERSONAL DATA**

A.    Single: ☐    Married: ☐    Separated: ☐    Divorced: ■

B.    Name of Spouse_____

C.    Age of plaintiff, petitioner or complainant: **44**_____

D.    Age of spouse:_____

E.    Address of plaintiff, petitioner or complainant:
      **1721 Hgwy 64 Lebaon MO, 65536**
      Telephone:**309-642-1893**_____

F.    Address of spouse: _____

      Telephone:_____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:
Connor Harris $300

## II.  EMPLOYMENT

A. Name of employer: **None**

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:  Monthly $_____  Weekly $_____

Gross Income:  Monthly $_____  Weekly $_____

Does employer provide health insurance:  Yes ☐  No ☐

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer: **United States Army**

Address of employer: **DC**

Employer's telephone: **N/A**  Length of employment: **8.5 y**

Job title or description: **Sgt**

Net Income:  Monthly $_____  Weekly $_____

Gross Income:  Monthly $_____  Weekly $_____

C. Employment of spouse:

Name of employer:_____

Page 2

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:          Monthly $_____    Weekly $_____

Gross Income:        Monthly $_____    Weekly $_____

**III. FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.   Owner of real property?    Yes ☑    No ☐

If yes - Description: **3 acres of land**

Address: **1721 Hgwy 64 Lebanon MO 65536**

In whose name? **Jeremy Harris**

Estimated value: **>$50,000**

Total amount owed: **$40,000**

Owed to: **EXP Realty**

Annual income from property: **0**

B.   Owner of automobile:    Yes ☑    No ☐

If yes - Number of automobiles owned: **1**

Make **Ford**  Model **econoline**  Year **2003**

Make_____  Model_____  Year_____

In whose name registered? **Jeremy Harris**

Present value: **$5,000**

Amount owed on the automobile(s): **0**

Owed to:_____

Monthly payment(s):_____

Page 3

C. Cash on hand: (Include checking and savings accounts)

$240.65

List names and addresses of banks and associations:

Please do not state account numbers: **UMB Bank**

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☑ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☑ |
| Gifts or inheritances? | ☐ | ☑ |
| Welfare payments? | ☐ | ☑ |
| ADC or other governmental child support? | ☐ | ☑ |
| Unemployment benefits? | ☐ | ☑ |
| Social Security benefits? | ☐ | ☑ |
| Other sources? | ☑ | ☐ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months: VA disibility $4,788

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment:_____

B. Monthly mortgage payments on house:_____

Amount of equity in house:_____

Page 4

Case 6:26-cv-03430-MBB    Document 1-1    Filed 07/21/26    Page 4 of 6

C. Monthly mortgage payments on other properties: $ **$1,300**

Amount of equity in other properties: $_____

D. Household expenses:

Monthly grocery expense: **$200**

Monthly utilities:

Gas: **$100**

Electric: **$150**

Water: _____

Other: (Specify) **Garbage $30**

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| NFM Credit Card | $100 | $1,955.78 |
| Good Sam CC | $100 | $2,214.15 |
| Synchrony CC | $100 | $892.30 |
| Military Star CC | $100 | $3,941.25 |
| Don McFate - Personal loan for legal stuff | $500 | $11,000 |
| | | |
| | | |

## V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS

(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

N/A

Page 5

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of **Missouri** )

County of ~~Dallas~~ LaClede )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 20TH day of July , 20 26

_____
Notary Public

TERRY KEN BURK
Notary Public – Notary Seal
STATE OF MISSOURI
Laclede County
Commission Number 24112079
My Commission Expires May 6, 2028

May 6, 2028
_____
My Commission Expires

Page 6