JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

## Plaintiff(s):

First Listed Plaintiff:
Jeremy Robert Harris ;
**County of Residence:** Dallas County

## Defendant(s):

First Listed Defendant:
Corbett Brown ;
**County of Residence:** Dallas County

## County Where Claim For Relief Arose: Dallas County

## Plaintiff's Attorney(s):

Pro Se (Jeremy Harris)

1721 Hgwy 64
Lebanon, Missouri 65536
**Phone:** 309-642-1893
**Fax:**
**Email:** sgt.harris.jeremy@gmail.com

## Defendant's Attorney(s):

**IFP REQUESTED**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

   **Plaintiff:** N/A

   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 U.S.C. §§ 1983, 1985, 1986 — Civil rights violations, coerced guilty plea, unlawful stops and seizure, prosecutorial misconduct, conspiracy, and extortion under color of law by Dallas County, Missouri law enforcement officials

## Requested in Complaint

   **Class Action:** Not filed as a Class Action

   **Monetary Demand (in Thousands):** 0

   **Jury Demand:** Yes

   **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Jeremy Robert Harris, Pro Se

**Date:** July 20, 2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.